IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL L. BYRAM,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**AMSHER COLLECTION** )<br>**SERVICES, INC., et. al.,** )<br>)<br>Defendants. )<br>) | Civil Action Number<br>2:08-cv-00329-UWC |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Based upon the representation of counsel for the Parties that settlement has been reached, this action is hereby DISMISSED, without prejudice to the right of the Parties to file a joint Stipulation of Settlement within sixty (60) days of entry of this Order. Otherwise, at the end of that period, this action will be deemed dismissed with prejudice.

Each party to bear its own costs.

Done the 2nd day of April, 2008.

_____
U.W. Clemon
United States District Judge